UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  SCOTT J. BRECKER AND ANDREA BRECKER  :  CASE NO. 11-12319

FIRST AMENDED CHAPTER 13 PLAN

1. The future earnings of the debtor are submitted to the supervision and control of the Trustee and the debtor – Debtor shall pay the Trustee the sum of **$296.34** monthly for a period of sixty (60) months over a Sixty month Plan.

2. From the payment so received, the Trustee shall make distributions in the following order of payment:
   (a) To the Standing Trustee, his costs, expenses and commissions in accordance with certain statutes, then

   (b) To the Attorney for the Debtor (s), in the sum of **$.00** or such sum as is allowed by the Court, upon application duly made and order entered, then

   (c) For or on account of administration expenses provided for under the Code or allowed by the Court, then

   (d) To the Priority Creditors of the Debtor (s), full payment in deferred cash payments, of all claims entitled to priority under Section 507 of the U.S. Bankruptcy Code.  NO PRIORITY DEBTS

   (e) To the secured creditors of the Debtor (s), as follows: MORTGAGE ARREARS
   (**Chase Home Finance**) pre-filing & post filing arrears . . . . .    $10,043.87
   Debtor will remain current with all mortgage payments to Chase
   Any secured creditors will be paid outside the Plan.

   (f) Subsequent to—pro rata with dividends to secured creditors (if any) dividends to unsecured creditors whose claims are timely filed, and duly allowed as follows:

   Unsecured creditors whose claims are timely filed and approved shall be paid a pro rata distribution of remaining funds.    Trustees commission not to exceed 10 %

   Total to be paid under the Plan . . . . $17,780.40.

3. The following executory contracts are rejected: None.

4. The amount of a creditor's claim shall be fixed by the sum set forth in the Plan (as a percentage of the total amount to be paid through the plan). In absence of an objection, and if the Plan is confirmed, this amount shall constitute a finding as to the arrears owed.

5. Title to the debtor's property shall revest in the debtor on confirmation of the Plan – upon dismissal of the case after confirmation pursuant to the Bankruptcy Act.

Dated: August 10, 2011      /s/SCOTT J. BRECKER_        /s/_ANDREA BRECKER___
                            SCOTT J. BRECKER, DEBTOR    ANDREA BRECKER, DEBTOR

Acceptances may be mailed to: Wayne R. Cromie, Esq 401 West Johnson Highway, Norristown, PA 19401