### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:Scott J. Brecker** | : CHAPTER 13 |
| **xxx-xx-0753** | : CASE NO. 11-12319-JKF |
| Andrea Brecker | : |
| **xxx-xx-0427** | : HEARING DATE: 6/20/2013 |
| 1836 Willow Avenue. | : TIME: 9:30 A.M. |
| Willow Grove, PA 19090 | : LOCATION: COURT ROOM No. 3 |
| | : United States Bankruptcy Ct. |
| Debtor | : 900 Market St., 2nd Floor |
| | : Philadelphia, PA 19107 |

### CERTIFICATION OF NON-RESPONSE TO
### AMENDED MOTION TO DEBTORS TO SELL REAL ESTATE

I, Wayne R. Cromie, Esquire, attorney for the Debtors, having previously certified the making of service of a Motion of Debtors to Employ Real Estate Agent or Broker and notice thereof in the instant matter, and more than 14 days having elapsed from said date of service, do certify that, to the best of my knowledge, information and belief, no answer or objection has been filed regarding same, and therefore do pray this Honorable Court enter an Order, approving same.

Dated: 6/14/2013        /s/ Wayne R. Cromie
                        Wayne R. Cromie, Esquire
                        Counsel for Debtors
                        401 West Johnson Highway
                        East Norriton, PA 19401
                        (610)940-4730
                        (610)272-9224 Fax
                        cromie-bky@verizon.net e-mail