IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: SCOTT J. BRECKER
    xxx-xx-0753
    ANDREA BRECKER
    xxx-xx-0427
    1836 WILLOW AVE.
    Willow Grove, PA 19090

: CHAPTER   13
: NO.   11-12319-JKF

: HEARING DATE: June 20, 2013
   TIME: 9:30 A.M.
: LOCATION: COURT ROOM No. 3
United States Bankruptcy Ct
900 Market St., 2nd Floor
Philadelphia, PA 19106

## ORDER

AND NOW, this 20th day of June, 2013, the Motion of the Debtors to sell the real estate situate at 1836 Willow Avenue, Willow Grove, Montgomery County, PA per the terms of the Agreement of Sale filed with the Movants motion, free and clear of any unfiled liens, is hereby GRANTED.

It is further ORDERED that Bankruptcy Rule 6004(h), is waived, and a closing on the subject property may be held on the date of this ORDER.

It is further ORDERED that a copy of the final HUD 1 shall be faxed to the standing Trustee at Closing.

BY THE COURT:

Honorable Jean K. FitzSimon
United States Bankruptcy Judge

cc: Wm Miller Esq
    Wayne Cromie Esq
    Debtors